# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**                                    August 5, 2021

**Court Reporter:** Megan Mckay-Soule

**Title of Case:**

Case No. 20-1010(AMD)

UNITED STATES OF AMERICA

V.

ELLIOTT ATWELL

**DEFENDANT PRESENT**

**Appearances:**
Kristen Harberg, AUSA for Government
Richard Coughlin, FPD for defendant
Joseph DaGrossa, U.S. Probation

**Nature of Proceedings:** SENTENCE on 2 count Information (by Video conference)
Defendant consents to appear via video conferencing
Order to be entered.
Ordered defendant sworn, defendant sworn.
**SENTENCE**: 5 years probation on each count with special conditions.
**SPECIAL ASSESSMENT**: $50
**FINE**: $1000 on each count – interest waived
Defendant advised of his right to appeal.

s/Susan Bush
Deputy Clerk

Time Commenced: 1:42 p.m.
Time Adjourned:   2:33 p.m.

Time Commenced: 2:54 p.m.
Time Adjourned:  3:16 p.m.
Total Time in Court:  1 hr 17 mins.